UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

AUDREY MACHNIK,
as successor in interest and
representative of the Estate of Michael Machnik,

        Plaintiff,

v.                            Case No. 17-CV-864

RSI ENTERPRISES, INC.,

        Defendant.

---

## ORDER OF DISMISSAL

---

Based upon the stipulation of the parties (ECF No. 25), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby dismissed with prejudice and without costs for either party.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 12th day of January, 2018.

                                      _/s/ William E. Duffin_
                                      WILLIAM E. DUFFIN
                                      U.S. Magistrate Judge